# PROCEEDINGS OF SUPREME COURT

## GENERAL DOCKET

Atkins v. State .............................. 19679
Bennet Bros. v. Pub. Util. Com............. 19992
Cent. Ohio Transit Co. v. Pub. Util. Com....... 20065
Jackson, Treas. v. Cedarville Bd. Ed............. 19688
Scioto Valley Ry. & P. Co. v. Pub. Util. Com... 20040
State v. Channer .......................... 19732
State v. McLaughlin ....................... 19734
State v. Sawyer ........................... 19733

## MOTION DOCKET

Brewer Produce Co. v. Long Co................ 20027
Chardon (Village) v. Sternfield ............... 19926
Clark v. Midland Bank ...................... 19959
Glass Coating Co. v. Clark .................. 19922
Green v. Morrison ......................... 19956
Losee v. Krieger .......................... 19957
Pyle v. State ex Weber ..................... 20002
Saba, Admr. v. Cleveland Tr. Co. et al......... 19942
Sisson v. Irish et ...................... 19977-78-79
Szabadsag Print. & Pub. Co. v. Lakewood Country
  Club ................................... 20013
Yanukenas v. Kohler ....................... 19945

## PROCEEDINGS
## OHIO SUPREME COURT
### TUESDAY, NOV. 23, 1926
### GENERAL DOCKET

19679—David Atkins v. State of Ohio; error to the Stark Appeals. Judgment affirmed. Marshall, CJ., Jones, Day and Kinkade, JJ., concur. Dock. 3-10-26, 4 Abs. 192.

19688—F. A. Jackson, County Treas.; v. Board of Education of Cedarville Tp. Rural School Dist.; error to the Greene Appeals. Judgment reversed. Marshall, CJ., Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-13-26, 4 Abs. 192.

19732—State of Ohio v. H. J. Channer; error to the Hamilton Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Kinkade and Robinson, JJ., concur. Dock. 3-30-26, 4 Abs. 223; OA. 4 Abs. 371.

19733—State of Ohio v. G. A. Sawyer; error to the Hamilton Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Kinkade and Robinson, JJ., concur. Dock. 3-31-26, 4 Abs. 238.

19734—State of Ohio v. F. G. McLaughlin; error to the Hamilton Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Kinkade and Robinson, JJ., concur. Dock. 3-31-26, 4 Abs. 238.

19992—Bennett Brothers v. Public Utilities Commission; error to the Public Utilities Commission of Ohio. Order modified. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-20-26, 4 Abs. 510; OS. Pend. 4 Abs. 668.

20040—Scioto Valley Ry. & Power Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order reversed. Marshall, CJ., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-3-26, 4 Abs. 541.

20065—The Central Ohio Transit Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order reversed. Marshall, CJ., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-22-26, 4 Abs. 590.

### MOTION DOCKET

19922—The Glass Coating Co. v. Sherman S. Clark. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-23-26, 4 Abs. 475; OS. Pend. 4 Abs. 587.

19926—The Village of Chardon, Ohio, v. Rose Sternfield. Motion for Geauga Appeals to certify. Overruled. Dock. 6-24-26, 4 Abs. 475; OS. Pend. 4 Abs. 589.

19942—N..Saba, Admr., v. The Cleveland Trust Co. et al. N. Saba, Admr., v. The Guardian Savings & Trust Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-29-26, 4 Abs. 475; OS. Pend. 4 Abs. 604; OA. 4 Abs. 769.

19945—Anthony Yannukenas v. Fred Kohler, Sheriff. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-30-26, 4 Abs. 475; OS. Pend. 4 Abs. 602.

19956—Kathryn Green v. G. W. Morrison. Motion for Pickaway Appeals to certify. Overruled. Dock. 7-6-26, 4 Abs. 475; OS. Pend. 4 Abs. 619.

19957—Frank B. Losee v. Edward H. Krieger. Motion for Lucas Appeals to certify. Overruled. Dock. 7-6-26, 4 Abs. 475; OS. Pend. 4 Abs. 620.

19959—Mary S. Clark v. The Midland Bank. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-8-26, 4 Abs. 475.

19977-78-79—George R. Sisson v. Fred C. Irish et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-15-26, 4 Abs. 493; OA. 4 Abs. 768; OS. Pend. 4 Abs. 664.

20002—John S. Pyle v. State of Ohio, ex rel. Elizabeth Weber. Motion for Lucas Appeals to certify. Overruled. Dock. 7-22-26, 4 Abs. 510.

20013—Szabadsag Print. & Pub. Co. v. The Lakewood County Club e tal. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-27-26, 4 Abs. 525; OS. Pend. 4 Abs. 721.

20027—J. E. Brewer Produce Co. v. The J. A. Long Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-30-26, 4 Abs. 525; OS. Pend. 4 Abs. 722.

---

## SYLLABI
### No. 1018

No. 19732—State of Ohio v. Herbert I. Channer.

No. 19733—State of Ohio v. Geo. A. Sawyer.

No. 19734—State of Ohio v. Fred G. McLaughlin. Error to the Court of Appeals of Hamilton County.

**362. DEBTOR AND CREDITOR**—Where a person is employed by another and has stock come into his possession belonging to such other, having loaned money to the owner of the stocks, and such stocks are held on security for the loan, the relationship is not that of principal and agent but of debtor and creditor.

**1235. VERDICTS**—Where no proof is offered to support an essential averment of an indictment charging embezzlement, motion for directed verdict in favor of defendant should be sustained.

ROBINSON, J.

1. An indictment which charges B. with embezzling shares of stock, the personal property of A., coming into the possession of B. by virtue of his employment as agent by A., is not supported by proof that A. borrowed money of B. and as a part of that transaction delivered the stock to B. as collateral security for the loan and that B. converted the stock to his own use, the relationship created by the transaction proven being not that of principal and agent but that of debtor and creditor, pledgor and pledgee, bailor and bailee.

2. Where the State has offered no proof tending to support an essential averment of the indictment and a motion has been made at the close of the State's case to direct a verdict for the defendant, it is the duty of the trial court to sustain such motion.

Judgments reversed.

Marshall, CJ., Jones, Matthias and Kinkade, JJ., concur.